UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60474-Civ-COOKE/TORRES

DENISE PAYNE,

    Plaintiff,

vs.

AMD FOOD CORP.,

    Defendant.

_____/

### ORDER OF COURT-MANDATED REQUIREMENTS IN ADA-BASED CASES

THIS MATTER is before the Court upon the filing of an action under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA"), by which the Plaintiff claims injury from discrimination based on a disability. To assist the Court in managing the case, the Plaintiff is **ORDERED** to file, *within twenty-one days of the date of this Order*, a statement of claim, no more than three double-spaced pages in length, summarizing the discrimination complained of and specific relief requested to cure the alleged discrimination. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, and copies of all documents supporting the claim (*e.g.* records, sworn affidavits, etc.) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendant, *within fourteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, also limited to three double-spaced pages in length, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant shall file a notice of full compliance with this Order.

The Parties are hereby advised that this case will be on the Court's ADA expedited-track calendar pursuant to which trial shall be set nine (9) months after the Plaintiff files the required statement of claim. Furthermore, barring the most extreme of compelling circumstances, *the Court will not grant any motions for a continuance and/or extensions of time*.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions.*

**DONE and ORDERED** in chambers, Miami, Florida, this 15th day of March 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate*
*Counsel of record*