UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DENISE PAYNE, individually,

    Plaintiff,

Case No.: 0:16-cv-60474-MGC

v.

AMD FOOD CORP., d/b/a
PRICE CHOICE SUPERMARKET,
a Florida corporation,

    Defendant.
_____/

## NOTICE FOR CLERK TO APPOINT A MEDIATOR

Plaintiff, DENISE PAYNE, by and through undersigned counsel, hereby states that a mediator has not been agreed to in this matter. Therefore, in accordance with this Court's Order of Referral to Mediation [DE 10], Plaintiff respectfully requests that the Clerk appoint a mediator for this lawsuit.

WHEREFORE, Plaintiff, DENISE PAYNE, respectfully requests that the Clerk appoint a mediator for this lawsuit

**DATED** this 19th day of April, 2016.

*Respectfully submitted,*

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 305-655-1501
E-mail: despinosa@espinosalawgroup.com

By: */s/ Daniel Alberto Espinosa*
    Daniel Alberto Espinosa, Esq.
    Florida Bar No. 81686

*Counsel For The Disabled*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Electronic Case Filing System, on this 19th day of April, 2016.

By: */s/ Daniel Alberto Espinosa*
Daniel Alberto Espinosa, Esq.
Florida Bar No. 81686