UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-60474-CIV-Cooke/Torres

**Denise Payne**
         **Plaintiff,**
vs.

**AMD Food Corp.**
         **Defendant.**
_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

William C. Hearon
William C. Hearon, PA
One Southeast Third Avenue
Suite 3000
Miami, FL 33131
Telephone: 305-579-9813
Facsimile: 305-358-4707
Email: bill@williamhearon.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Daniel Alberto Espinosa
Espinosa Law Group
10625 N. Kendall Drive
Miami, FL 33176
Telephone: 352-219-1974
Email: despinosa@espinosalawgroup.com

DONE at the Federal Courthouse Square, Miami, Florida this 20th day of April, 2016.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: s/Peggy Johnson
Deputy Clerk

Copies to:
The Honorable Marcia G. Cooke, United States District Judge
All Counsel of Record and/or Pro Se Parties
William C. Hearon, Certified Mediator (Copy Mailed)                    Rev. 2013-01