UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-60474-MGC

DENISE PAYNE,

    Plaintiff,

vs.

AMD FOOD CORP., d/b/a
Price Choice Supermarket,

    Defendant.
_____/

## DEFENDANT'S FACT WITNESS LIST

    COMES NOW AMD FOOD CORP., d/b/a Price Choice Supermarket, by and through the undersigned counsel, and hereby discloses all fact witnesses presently known to it:

1.    Alberto Diaz
    c/o Vernis & Bowling of Broward, P.A.
    5821 Hollywood Blvd, First Floor
    Hollywood, FL 33021

2.    Rebuttal and/or impeachment witnesses

Dated: June 1, 2016

    Respectfully submitted,

    **/s/ Evan Zuckerman, Esq.**
    Evan Zuckerman, Esq.
    Fla. Bar. No. 52974
    EZuckerman@Florida-Law.com
    Vernis & Bowling of Broward, P.A.
    5821 Hollywood Blvd, First Floor
    Hollywood, FL 33021
    Telephone: (954) 927-5330
    Facsimile: (954) 927-5320

*Payne v. AMD Food Corp.*
Case No.: 0:16-cv-60474-MGC
Page 2 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on June 1, 2016 on all counsel or parties of record on the Service List below.

**/s/ Evan Zuckerman, Esq.**

## SERVICE LIST

Daniel Espinosa, Esq.
despinosa@espinosalawgroup.com
Espinosa Law Group
10625 N. Kendall Dr.
Miami, Florida 33176
Telephone: (305) 655-1501
Attorney for Plaintiff

Carlton A. Bober, Esq.
CBober@Florida-Law.com
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
Telephone: (954) 927-5330
Facsimile: (954) 927-5320
Attorney for Defendant

Evan A. Zuckerman, Esq.
EZuckerman@Florida-Law.com
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
Telephone: (954) 927-5330
Facsimile: (954) 927-5320
Attorney for Defendant