UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60474-Civ-COOKE/TORRES

DENISE PAYNE,

    Plaintiff,

vs.

AMD FOOD CORP.,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

    THIS CASE is before me on Defendant's Notice of Settlement (ECF No. 26). The parties have settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2).

    A stipulation of final dismissal, or a motion for dismissal, shall be filed within thirty (30) days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 27th day of September 2016.

                                                           MARCIA G. COOKE
                                                           United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*